UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

D.B.C.,

                     Petitioner,

   -against-

Kenneth Genalo; Raul Maldonado, Jr.; Todd
Lyons; Kristi Noem; and Pam Bondi,

                     Respondents.
----------------------------------------------------------X

O R D E R

26-CV-01618 (RER)

**RAMÓN E. REYES, JR., District Judge.**

The petition for writ of habeas corpus (ECF No.1) is granted and the hearing scheduled for March 25, 2026, is cancelled. The Court has previously addressed ICE's statutory detention authority, and the same reasoning holds here. *E.g.*, *Chander v. Maldonado et al*, No. 26-CV-0021 (RER), ECF Nos. 9–10 (E.D.N.Y. Jan. 13, 2026); *Arango v. Genalo*, No. 25-CV-6720 (RER), 2025 WL 3637500 (E.D.N.Y. Dec. 16, 2025).

Petitioner D.B.C. (Alien Number 240-178-178), is to be released forthwith. Respondents are directed to file a letter as soon as possible regarding their compliance with this order for immediate release but should file the letter no later than **10:00 A.M. on March 26, 2026**.

Once the notice of release is received by the Court, the Clerk of Court is directed to enter final judgment and close the case.

SO ORDERED.

Dated: March 24, 2026
      Brooklyn, New York

                                  /s/ Ramón E. Reyes, Jr.
                                  U.S. District Judge, EDNY